**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 20  
**IP Address:** 68.173.48.170  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/15/2017 05:54:49 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 0248B204C9CFF2D5495E8199C24F9C9317570178 | Vixen | 10/19/2017 10:45:39 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/06/2017 22:37:14 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 161BB5AD3DECC65C1F8877996A179C3FC500E748 | Blacked Ra | 11/15/2017 22:12:02 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 5 | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 11/09/2017 09:48:54 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 6 | 1E75D55B9CB9C6FA302F8713E147F1746FF6DD49 | Blacked | 06/03/2017 07:47:59 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 7 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/05/2017 02:17:35 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 8 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 09/29/2017 03:22:23 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 9 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/04/2017 15:49:25 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 10 | 6A486981622EAC00D5B3A8736FCD1A633977303D | Blacked Ra | 11/04/2017 22:43:49 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 11 | 6DF86B1B14EC9FF1D81770CB7231EBE5E24CC42C | Vixen | 11/07/2017 08:22:58 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 12 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/07/2017 02:43:54 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 13 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 08/30/2017 08:01:49 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/20/2017 10:53:20 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 15 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/16/2017 04:12:44 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 16 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/13/2017 08:16:35 | 10/12/2017 | 10/22/2017 | PA0002058296 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 09/18/2017 04:58:55 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 18 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/15/2017 22:59:21 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 19 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Ra | 11/13/2017 04:37:55 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 20 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/19/2017 07:45:26 | 10/11/2017 | 10/22/2017 | 15918925932 |