✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. 17-cv-09657-PGG   DATE FILED 12/8/2017 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
| PLAINTIFF<br>Strike 3 Holdings, LLC | DEFENDANT<br>John Doe<br>subscriber assigned IP address 68.173.48.170 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached List | See Attached List | See Attached List |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 See Attached List | See Attached List | | See Attached List |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>5/23/2018 |
|---|---|---|
| CLERK<br>Ruby J. Krajick | (BY) DEPUTY CLERK<br>s/K.Mango | DATE<br>5/24/2018 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 68.173.48.170,<br><br>    Defendant. | Civil Action No. 1:17-cv-09657-PGG |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with John Doe, subscriber assigned IP address 68.173.48.170 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: May 23, 2018                    Respectfully submitted,

                                By:   /s/ *Jacqueline M. James*
                                      Jacqueline M. James, Esq. (#1845)
                                      The James Law Firm, PLLC
                                      445 Hamilton Avenue, Suite 1102
                                      White Plains, New York 10601
                                      T: 914-358-6423
                                      F: 914-358-6424
                                      E-mail: jjameslaw@optonline.net
                                      *Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

**Exhibit A to the Complaint**

**Location:** New York, NY  
**Total Works Infringed:** 20  
**IP Address:** 68.173.48.170  
**ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | EF485D5F3AE56A95C100904DCBEFECAB1CAB8D8B | Blacked | 10/15/2017 05:54:49 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 2 | 0248B204C9CFF2D5495E8199C24F9C9317570178 | Vixen | 10/19/2017 10:45:39 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 05/06/2017 22:37:14 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 161BB5AD3DECC65C1F8877996A179C3FC500E748 | Blacked Ra | 11/15/2017 22:12:02 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 5 | 190306A32526F5F23C30DF8C72FA6E6DF8379A4B | Blacked | 11/09/2017 09:48:54 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 6 | 1E75D55B9CB9C6FA302F8713E147F1746FF6DD49 | Blacked | 06/03/2017 07:47:59 | 04/20/2017 | 06/15/2017 | PA0002037578 |
| 7 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/05/2017 02:17:35 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 8 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 09/29/2017 03:22:23 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 9 | 530E54D481D7BE087FF8875651364C015974E71E | Tushy | 05/04/2017 15:49:25 | 04/26/2017 | 06/15/2017 | PA0002037565 |
| 10 | 6A486981622EAC00D5B3A8736FCD1A633977303D | Blacked Ra | 11/04/2017 22:43:49 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 11 | 6DF86B1B14EC9FF1D81770CB7231EBE5E24CC42C | Vixen | 11/07/2017 08:22:58 | 11/05/2017 | 11/15/2017 | 16016503631 |
| 12 | 71D79C9682AA689CB51FF049D3E49C9688D5BFB6 | Blacked | 09/07/2017 02:43:54 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 13 | 76ABE76487013827CF5F4F479B032B703D7CE9A4 | Blacked | 08/30/2017 08:01:49 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 14 | 79BBEE7B2CC652E40847301A6CE92D666A8D88B2 | Blacked | 08/20/2017 10:53:20 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 15 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 05/16/2017 04:12:44 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 16 | BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1 | Blacked | 10/13/2017 08:16:35 | 10/12/2017 | 10/22/2017 | PA0002058296 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | C6E2A3FBC34722B6DE685C41833B247973356D51 | Blacked | 09/18/2017 04:58:55 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 18 | C8EFA09EF1CAEC72B25969BB84371884337D26B7 | Vixen | 07/15/2017 22:59:21 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 19 | D5DDC10163223248FB725AC7532A3740E9E78571 | Blacked Ra | 11/13/2017 04:37:55 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 20 | DBADE16289C54D6F12C44BA11BEC6715853F1B0E | Vixen | 10/19/2017 07:45:26 | 10/11/2017 | 10/22/2017 | 15918925932 |